UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS R. KELLEY, | * | CIV. 12-4150 |
| Plaintiff, | * | |
| vs. | * | |
| | * | ORDER DETERMINING |
| US ATTORNEY'S OFFICE (Law Firm) | * | IFP STATUS ON APPEAL |
| OF SOUTH DAKOTA; JOHN DOE, the | * | |
| local/state legal individual capacity entity | * | |
| whose interest was represented in the case | * | |
| against Thomas Kelley in Case No. | * | |
| 4:08-CR-40173-LLP–1 with them under | * | |
| the name UNITED STATES OF AMERICA; | * | |
| OFFICE OF THE US ATTORNEY for the | * | |
| State of South Dakota and the individual | * | |
| occupant executing for that office as US | * | |
| Attorney; UNITED STATES COURTS | * | |
| entity doing business as, by, through | * | |
| and generating revenue with individual | * | |
| officers of the United States District Court | * | |
| (Agency); The unknown individual officer | * | |
| responsible for convening the grand jury | * | |
| as if it is an administrative act here | * | |
| and the individual and office responsible | * | |
| for supervision, direction, and control | * | |
| of such agent/agency; Other unknown but | * | |
| ostensible actors and those failing to | * | |
| act thereby aiding the progression and | * | |
| appearance of legality of the proceedings | * | |
| against Claimant/Relator and his liberty, | * | |
| rights, property, and rights. | * | |
| Defendants. | * | |

FILED JUL 24 2013

The Eighth Circuit has issued a limited remand ordering this court to (1) determine plaintiff's in forma pauperis status; (2) assess the appellate filing and docketing fees; and (3) collect such fees pursuant to <u>Henderson v. Norris</u>, 129 F.3d 481 (8th Cir. 1997) and the provisions of the Prison

Litigation Reform Act, 28 U.S.C. § 1915.

Upon the record it is hereby ORDERED that:

1. Plaintiff is GRANTED in forma pauperis status on appeal.

2. The institution having custody of the plaintiff is hereby directed that whenever the amount in plaintiff's trust account exceeds $10.00, monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account shall be forwarded to the U.S. District Court Clerk's Office pursuant to 28 U.S.C. § 1915(b)(2), until the appellate filing fee is paid in full.

Dated this 24 day of July, 2013.

BY THE COURT:

John E. Simko
United States Magistrate Judge